IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR-11-00141 LHK |
| ) | |
| Plaintiff, ) | [~~PROPOSED~~] ORDER TO CONTINUE STATUS HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| vs. ) | |
| ) | |
| THURMAN DOUGLAS SMITH, et al. ) | |
| ) | |
| Defendants. ) | |

Good cause appearing and by stipulation of the parties, it is hereby ordered that the initial district court appearance currently set for Wednesday, July 20, 2011, at 10:00 a.m., shall be continued to Wednesday, August 10, 2011, at 9:00 a.m.

It is further ordered that 14 days shall be excluded from the calculation of the time within which trial shall commence under the Speedy Trial Act, as the reasonable time necessary for effective preparation of counsel, taking into account the exercise of due diligence, pursuant to Title 18, United States Code Section 3161(h)(7)(A) and (h)(7)(B)(iv).

Dated: July 18, 2011

_____
HON. LUCY H. KOH
United States District Judge

[~~Proposed~~] Order to Continue Hearing Date
CR 11-00141 LHK                                                   1