JACK GORDON; SBN 169380
1885 The Alameda, Suite 214
San Jose, CA 95126
Tel. (408)286-1351

Attorney for Defendant,
Vessie Lynn Stevens

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>VESSIE LYNN STEVENS, and<br>THURMAN DOUGLAS SMITH<br><br>Defendants.<br>_____/ | No. CR-11-00141-LHK<br><br>STIPULATION TO CONTINUE<br>AND EXCLUDE TIME<br><s>PROPOSED</s> ORDER |

The above listed parties stipulate as follows:

1. Defendants Stevens and Smith are currently scheduled for a status hearing before the Honorable Lucy H. Koh on 8/10/11 at 9:00 a.m. Ms. Stevens recently underwent major abdominal surgery having her surgical staples removed on or about 7/23/11. Ms. Stevens is currently housed at Valley State Prison for Women in Chowchilla CA. The 2.5 to 3 hour car/van trip to court would be very painful for Ms. Stevens and as such she requests a continuance of a month to allow additional healing time before making this lengthy journey.

2. Defense counsel for Ms. Stevens requests that the status hearing currently set for 8/10/11 be continued to 9/14/11 at 10:00 a.m. Neither AUSA Kaleba nor FPD Lie object to this continuance or the exclusion of time under the speedy trial act.

Therefore the parties respectfully request that the Court continue defendant's sentencing from August 10, 2011 to September 14, 2011 at 10:00 a.m.

IT IS SO STIPULATED

Dated: 8/4/11

/s/
_____
Jack Gordon
Attorney for Defendant

Dated: 8/4/11

/s/
_____
Grant Kaleba
Assistant U.S. Attorney

Dated: 8/4/11

/s/
Cynthia Lie
Attorney for Def. Smith

[PROPOSED] ORDER

Having considered the stipulation of the parties, and good cause appearing, the Court orders that the status hearing for defendants Vessie Stevens and Thurman Smith be continued from August 10, 2011 to September 14, 2011 at 10:00 a.m. and that the intervening ~~time be excluded under~~ the Speedy Trial Act.

IT IS SO ORDERED.

DATED: 8/5/11

*Lucy H. Koh*
The Honorable Lucy Koh
District Court Judge

Pursuant to 18 USC §3161(h)(4) (defendant physically unable to stand trial) and 18 USC §3161(h)(6) ("reasonable period of delay when defendant is joined for trial with a codefendant as to whom the time for trial has not run and no motion for severance has been granted), the time through + including 8/10/11 and 9/14/11 is excluded.