1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
       150 Almaden Boulevard, Suite 900
6      San Jose, CA 95113
       Telephone: (408) 535-5061
7      Fax:  (408) 535-5066
       E-Mail: daniel.kaleba@usdoj.gov
8
9  Attorneys for Plaintiff

10
                        UNITED STATES DISTRICT COURT
11
                       NORTHERN DISTRICT OF CALIFORNIA
12
                              SAN JOSE  DIVISION
13

14 UNITED STATES OF AMERICA,           )   No.  CR 11-00141-2 LHK
                                       )
15         Plaintiff,                  )
                                       )   STIPULATION AND [PROPOSED]
16    v.                               )   ORDER TO CONTINUE SENTENCING
                                       )   DATE
17 RACHELLE WILLIAMS,                  )
                                       )
18         Defendant.                  )
                                       )
19 _____

20     On June 8, 2011, defendant Rachelle Williams and the United States Attorney's Office

21 for the Northern District of California entered into a written plea agreement.  Ms. Williams

22 agreed to cooperate with the government, and her cooperation includes assisting the government

23 in the prosecution in the above entitled matter, *United States v. Smith, et al.*, CR 11-00141 (the

24 *Smith* matter).  Thurman Douglas Smith and Vessie Lynn Stevens are co-defendants in the *Smith*

25 matter.  Mr. Smith and Ms. Stevens are currently scheduled to appear before this Court on

26 September 14, 2011 for further proceedings, likely either a change of plea or trial setting.

27 //

28 //

STIPULATION
CR 11-00141-2 LHK

In order for Ms. Williams to provide ongoing assistance in the *Smith* matter, and to allow the Court to consider additional information relevant to sentencing, the parties jointly stipulate and request that this Court vacate the sentencing date of Ms. Williams currently set for August 24, 2011.  The parties also jointly propose that the Court set the date of September 21, 2011 for status on sentencing, with the expectation that the scheduling issues in the *Smith* matter will become clearer by that date.

Dated: August 11, 2011

Respectfully submitted,

MELINDA HAAG
United States Attorney

_____/s/_____
DANIEL R. KALEBA
Assistant United States Attorney

Dated: August 11, 2011

_____/s/_____
JEANNE DEKELVER
Attorney for Rachelle Williams

Based on the above, and for good cause shown,

IT IS HEREBY ORDERED:

That the August 24, 2011 sentencing of Rachelle Williams is hereby vacated.  The parties are to appear before this Court on September 21, 2011 at 10:00 a.m. for further status on sentencing.

Dated:  August 15, 2011

_____
HON. LUCY H. KOH
United States District Judge

STIPULATION
CR 11-00141-2 LHK                                        2