UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) Case No.: 11-CR-00141-1 LHK |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER DENYING APPLICATION AS MOOT |
| THURMAN SMITH, | ) |
| Defendant. | ) |

Defendant Thurman Smith filed an application for extension of time to file a notice of appeal pursuant to Federal Rule of Appellate Procedure 4(b). ECF No. 79. Defendant has subsequently dismissed his appeal before the Ninth Circuit. *See* ECF No. 86. Accordingly, Defendant's application is DENIED as moot.

**IT IS SO ORDERED.**

Dated: May 17, 2012

*Lucy H. Koh*

LUCY H. KOH
United States District Judge