**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA

10

SAN JOSE DIVISION

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA, ) | Case No.: 11-CR-00141-LHK |
| 12 | Plaintiff, ) | ORDER GRANTING DEFENDANT |
| 13 | v. ) | EXTENSION OF TIME TO REPLY TO UNITED STATES' RESPONSE |
| 14 | THURMAN D. SMITH, ) | TO SMITH'S MOTION UNDER 28 U.S.C. § 2255 |
| 15 | Defendant. ) | |
| 16 | ) | |

17    On August 19, 2013, Defendant Thurman D. Smith filed a motion for an extension of time

18 to file a reply to the United States' response to Defendants' motion pursuant to 28 U.S.C, § 2255.

19 Defendant contends that this delay is necessary in order to conduct adequate research and

20 preparation for the reply given that access to legal information is limited.  In addition, Defendant

21 notes that the Court has not previously granted and prior extensions for time.

22    The Court GRANTS Defendant's Motion for Extension of Time.  By September 18, 2013,

23 Defendant shall filed his reply to the United States' response to Defendants' motion pursuant to 28

24 U.S.C, § 2255.

25 **IT IS SO ORDERED.**

26 Dated: August 21, 2013

_Lucy H. Koh_
_____
LUCY H. KOH
United States District Judge

27
28

1